UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASTLE APPAREL LIMITED AND TAL APPAREL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CLAUDIO DEL VECCHIO, IN HIS INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE DEL VECCHIO FAMILY TRUST; MATTEO DEL VECCHIO, AN INDIVIDUAL; PEAK TRUST COMPANY, AS TRUSTEE OF THE CDV TRUST, AS TRUSTEE OF THE CDV 2010 ANNUITY TRUST, AND AS TRUSTEE OF THE CDV 2015 ANNUITY TRUST; DV FAMILY LLC; AND DELFIN S.A.R.L<br><br>Defendants. | CASE NO. _____<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5-13-2021 |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REDACTED VERSION OF THE COMPLAINT

Upon Plaintiffs' application for an Order permitting the filing of the redacted Complaint, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File a Redacted Version of the Complaint is **GRANTED**, and it is

**FURTHER ORDERED**, that the public Complaint shall remain redacted unless and until the seal is lifted by Order of the Court and the unredacted version of the Complaint shall remain sealed unless and until the seal is lifted by Order of the Court.

Dated: May 13, 2021

_____
UNITED STATES DISTRICT JUDGE